AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

FILED

| United States of America | ) |
| v. | ) |
| | ) Case No. 8:21 cr 90 TPB-SPF |
| Raiber Camilo Aguioue Viveros | ) |
| | ) |
| | ) |
| | ) |

2021 JUL -7 AM 11:56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

RECEIVED U.S. MARSHAL
2021 MAR -4 AM 10:24
MIDDLE DIST. OF FLORIDA TAMPA

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Raiber Camilo Aguioue Viveros                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date:     3-3-2021

*Jessica Dahl*
*Issuing officer's signature*

City and state:     Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)*   03-04-2021  , and the person was arrested on *(date)*   03-04-2021

at *(city and state)*   MIAMI, FL                .

Date:     7/1/2021

*Arresting officer's signature*

SIGN FOR HSI

MICHAEL CONNELL  DUSM
*Printed name and title*