# EXHIBIT A

Yomaira Pineda                    1089001738
Margarita Rendon.                 1089395575
Rubi          Ramo                66749445
Silmar        Ramo                7777784192
Pedro         Naranjo             13106172
Luz Deay      Boya Ramos          1089794402
Ruby          Ramos Garcia        6674445
P. Floralba Barahana Gonzales     59455065
Magaly Ramos Barahona             1004510677
Olver Valencia Ahon,              1149183610
Aquina, Ahon congo                31635043
pedro olalla, cuero               13103484
yeferson Valencia potes           14622821
Raul Arrego Ahon .                1113773916
Maria del pilar Rodallega         31602544
wilson Montaño                    16094706
Hector  Javier  Cuero  G          14917946
                                  13041409

Inimeic

Alvaro Hachito                    16480013
Mercedes garcia                   66944141
Joshua stiven Hachito             1150938579
Climaco Valentierra H             18796575
Francia G Ramirez                 6694523
Juan Pineda Caicedo               165
Mireya Montein picayum            24226745
cecilia payan segura              27371292
Isaura Montaño                    38474353
Jeronimo Ha                       40287541B
Diego Algonedos Icaiza            94423407.

Katherine Valentierra M          cc. 1111799685

Brainer Hernandez cortes         cc 1111794724

Patricia Vivevos                 ce 1111763641

Laureano Vivevos                 ce. 6 160 393

Seguisple Asceres                cc 16484972

Cristian Andres Ramos Ch.        cc: 1006202442

Brayan Stiven Ramos Ch.          cc: 1006202613

Briggitte Karina Ramos Ch.       cc: 1006193644

Simona Chamomo                   cc: 31930767

Sandra Paola Ramos               cc: 1006186900

Nahomy Andrea Campo V.           cc: 1040061212

Eluer Paredes                    cc. 1673/10094

Cristhian ulloa Cortes           cc. 1111774124

Cecilia ulloa portocarrero       cc 66731392

Alba cortez                      cc. 38473803

Karol ulloa cortez               ci. 1193152555

Manuela portocarrero             29 217 571

Amorysa Guerrero                 378101265

Luseila Ortado                   36585085

Maruel Morales Sanssfessa        5918 7 652

Herminsul coero H                1151444187

HAROLD CARABALI                  1111738890

yuliano Micolta Gonzalez         1004570602

Juz day Gonzalo Valenca          27259.396

Daysi Vanesa Micolta Gonzalez    1004510587

Marelby ortiz orobio             1089796481

Genarina congo                   1192732790

Lizmart micolta                  36811417

INESLainne                       IIII40434

Juan Nicolta Florez  13.107258
Jaime Risascos Balencia  94440674
Yion Pineda Caicedo  cc 16504204
Jeanath Belalcazar  66747601
Derny Moreno  16.495.170
MARINO RENGIFO R.  16.490682
J/OSE APOLINAR. GARCIA  CC.1865.760
Raul colorado  CC 3185 64232
Juan DAVID Aguirremoreno 1077 631 817
Huber Horney ATello Tun Quiceno  94 270 353
Santiago paredes  mina  1038670l
Benjamin Rodriguez H.  4.685.010
Feliberto posedes mina  1038 6402

Hermogenes Fernandez  10387713
Andres Quinones  1.111. 752.745
Carlos Hernandez  94 444 233
JOSE del CARMEN PAREDES  12.795482
MArisol Jesada  31585717
Hector fabio torres curro  1192908033
Jose Ricardo  11117449500
Adolfo Rincon  12406881
Climaco Costrillon. s  1111761956
July Zulcima millan conrado  11 11739704
Dailin vanessa  11117823938
Ricardo cordoba moreno  4846625
Armando Mayorga Ramos  13105548
Elena Montaño  1117745255
Maria Solis  100 45 1191
walber RAMOS  1028181411



## JUNTA DE ACCIÓN COMUNAL BARRÍO OLÍMPICO
Personería Jurídica Nº 001571 del 03 de junio de 1980  Buenaventura Valle



Buenaventura, Noviembre 22 de 2021

**EL SUSCRITO PRESIDENTE DE LA JUNTA DE ACCION COMUNAL DEL BARRIO OLIMPICO DISTRITO DE BUENAVENTURA**

**CERTIFICA QUE**

El señor, **ASNORALDO MICOLTA OBANDO**, identificado con cedula de ciudadanía No. 13.104.538 de El Charco (Nariño), vive en el Barrio Olímpico Calle 7 sur # 46-23,  De quien podemos decir que es una buena persona trabajadora, de buenos modales, responsable y respetuoso con los vecinos y la comunidad en general. Además es un hombre cabeza de familia, buen esposo, padre y abuelo.

Lo anterior demuestra que el señor mencionado hace 30 años es morador en este Barrio, en los cuales ha demostrado ser una persona ejemplar y cumplidora de sus deberes.

Para constancia se firma en la ciudad de Buenaventura a los 22 días de Noviembre del Año 2021.

Atentamente

JUNTA DE ACCION COMUNAL
**BARRIO OLIMPICO**
PRESIDENTE

Leonel Riascos 6287657

**LEONEL RIASCOS R.**
Presidente
**TL: 312 836 95 50**



**NIT.14.576.169-9**

CERTIFICO QUE

El señor ASNORALDO MICOLTA OBANDO identificado con cedula de ciudadanía # 13.104.538 es proveedor de nuestra empresa desde hace ya 10 año;, durante los cuales han demostrado ser una persona responsable y cumplidora de sus compromisos. Durante este periodo han tenido un promedio en ventas mensuales de $11.000.000 (once millones de pesos mtc)

Para constancia de lo anterior se firma en buenaventura noviembre 13 del 2021

Atentamente

**JUAN CARLOS SANCLEMENTE CARDOZO**
**GERENTE – PROPIETARIO**
CEL 317 6433425

Juan Carlos Sanclemente C.
GERENTE
Cel: 317 643 3425
Buenaventura Valle

FRIGORIFICO JC FISH

Dirección calle 3era sur # 7b – 16 pueblo nuevo muro yusti
CORREO juancasanclemente1otmail.com
Buenaventura (valle)

Calle 3 Sur NO. 7B  16 Telefax: (092) 2415411 E-mail:juancasanclemente1@hotmail.com · Buenaventura

# TRANSLATION #1

[At top-right hand of page:
Illegible coat of arms]

[At top-left hand side of page:
 Semi-legible coat of arms:
 Communal Action]

**ACCIÓN COMUNAL [COMMUNAL ACTION] BOARD [for] BARRIO OLÍMPICO**
**Corporate person N° 001571 from June 3, 1980  Buenaventura Valle**

Buenaventura, November 22, 2021

**THE UNDERSIGNED PRESIDENT OF THE COMMUNAL ACTION BOARD FOR THE**
**BARRIO OLÍMPICO [OLYMPIC NEIGHBORHOOD] DISTRICT OF BUENAVENTURA**

**CERTIFIES THAT**

Mr. **ASNORALDO MICOLTA OBANDO,** identified by national citizen ID card Number 13.104.538 from El Charco (Nariño), lives in the Barrio Olímpico Calle 7 sur # 46-23. Of whom we can say that he is a good, hard-working person, with good manners, responsible and respectful in general towards his neighbors and the community. Additionally, he is the head of his household, good husband, father and grandfather.

The previous shows that the mentioned gentleman has for 30 years been a dweller of this Barrio [neighborhood], during which he has shown himself to be an exemplary person and dependable in his duties.

To so attest this has been signed in the city of Buenaventura on the 22nd day of November of the year 2021.

Attentively,
[Stamped: ACCIÓN COMUNAL BOARD
        BARRIO OLÍMPICO

---
        PRESIDENT              ]

[Signed:] Leonel Riascos 6287657
**LEONEL RIASCOS R.**
President
**Phone: 312 836 95 50**

**#2**

[At top right-hand of page:
Corporate logo]

JC
FISH
FRIGORIFÍCO  [COLD-STORAGE PLANT]
EIN 14.576.169-9

### [I] CERTIFY THAT

Mr. ASNORALDO MICOLTA OBANDO identified by national citizenship ID card #13.104.538 is a supplier to our company for 10 years now; during which he has shown to be in his commitments a responsible and dependable person.  During this period [of time] they have had a monthly sales average of $11,000,000 (eleven million pesos Colombian currency).

Hereby attesting [to] what was previously stated it is signed  November 13, 2021.

Attentively,

[Stamped at middle below:
Juan Carlos Sanclemente C.
Corporate logo Cell 317 643 3425
Buenaventura  Calle]

[Signed:]  Juan Carlos Sanclemente
JUAN CARLOS SANCLEMENTE CARDOZO
MANAGER-OWNER
CELL 317 6433425

FRIGORIFICO [COLD-STORAGE PLANT]

Address: calle 3era sur # 7b – 16 pueblo muro yusti
EMAIL: juancasanclemente1otmail.com
Buenaventura (Valle)

**#3**

[Attached  3 pages appear the signatures of
87 individuals with their names signed
on left column with ID card numbers on
right column:]

# EXITO INTERPRETING ENTERPRISES, INC.
## 450 76th Ave. N. Suite 101
## St. Petersburg, Fl   33702
## (O) (727) 520-8022
## (C) (727) 560-7511
## e-m: exitoint@gmail.com

### CERTIFICATION OF ACCURACY

I, **Dr. Xavier F. Keogh**, hereby certify and state:

That I am a Federally Certified Court Interpreter and have been duly so certified by the Administrative Office of U.S. Courts since 1993.

That I am registered with the Middle and Northern Districts of Florida, Tampa, Ocala, Orlando and Fort Myers, Tallahassee Divisions as well as the Western District of Kentucky as a Federally Certified Court Interpreter and as such have interpreted federal proceedings in this [Fl] and other U.S. jurisdictions.

That Exito Interpreting Enterprises, Inc.. is a duly incorporated company in the State of Florida and is competent to vouch for the accurate, truthful and precise rendering of legal translations of its President, Dr. Xavier F. Keogh.

That I hereby certify that the attached translation of 2 letters and 3 pages with 87 signatures on behalf of Mr. Asnoraldo Micolta Obando intended for the sentencing judge, the Honorable Thomas P. Barber, in the matter of USA v. Banguera et al., 8:21-cr-90-3-TPC-SPF  at the behest CJA Counsel. Gus Centrone, Esq. from Spanish into English is a true, accurate and precise rendition into English from Spanish of what was stated in said letters from defendant's family.

Dr. Xavier F. Keogh
Pres. Exito Interpreting Enterprises, Inc.

Date: 12/27/2021